IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD SPENCE, #2328230 | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22cv264 |
| DIRECTOR, TDCJ-CID | § § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Magistrate Judge issued an Initial Report and Recommendation (Dkt. #20), which contains proposed findings of fact and recommendations for the disposition of Petitioner's motion for default judgment (Dkt. #18). No objections were filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Petitioner's motion for default judgment (Dkt. #18) is **DENIED**.

SIGNED this 17th day of October, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE